**Lorenzo BUTTS, Jr., Plaintiff–Appellant,**

v.

**Jon Michael BABINEAU, Attorney, Defendant–Appellee.**

No. 08–7919.

United States Court of Appeals, Fourth Circuit.

Submitted: March 12, 2009.

Decided: March 16, 2009.

Lorenzo Butts, Jr., Appellant Pro Se.

Before MOTZ and SHEDD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lorenzo Butts appeals the district court's order denying relief on his complaint filed pursuant to 42 U.S.C. § 1983 (2006), and *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388, 91 S.Ct. 1999, 29 L.Ed.2d 619 (1971). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Butts v. Babineau*, No. 2:08–cv–00309–JBF–TEM (E.D.Va. July 28, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*